No. 14,535.

## SMITH v. THE STATE.

From the Hamilton Circuit Court.

*G. Shirts* and *A. F. Shirts,* for appellant.

OLDS, J.—The appellant was indicted, prosecuted and convicted for keeping a disorderly liquor shop. The only question presented by the appeal is as to the sufficiency of the evidence to support the verdict of guilty There is evidence tending to prove that the appellant kept a disorderly house, and from which the jury may have very properly found the defendant guilty as charged. This court will not disturb the verdict when there is evidence to support it.

Judgment affirmed, with costs.

Filed Oct. 28, 1890.

No. 15,424.

## CONNER v. LEWIS.

From the Jennings Circuit Court.

*J. Overmyer* and *F. E. Little,* for appellant.

*G. F. Lawrence* and *J. M. Lewis,* for appellee.

ELLIOTT, J.—Two questions only are argued by the appellant's counsel, and these are that the verdict is contrary to law and that it is contrary to the evidence, but as there is no evidence in the record the argument is, of course, without the slightest force.

Judgment affirmed.

BERKSHIRE, C. J., took no part in the decision of this case.

Filed Oct. 10, 1890.

No. 14,462.

## BEHN ET AL. v. WHITNEY ET AL.

From the Tipton Circuit Court.

*W. R. Oglebay, G. H. Gifford* and *J. M. Fippen,* for appellants.

COFFEY, J.—The questions involved in this case are the same as the questions involved in the case of *Rauber* v. *Whitney, ante,* p. 216, and upon the authority of that case the judgment herein is reversed, with directions to the circuit court to overrule the demurrer to the appellant's answer to the appellees' plea in abatement.

Filed Sept. 26, 1890.